Adolph Bergman, Appellant, v. Spoor-Lasher Company, Inc., Respondent.— In a negligence action for personal injuries and property damage sustained when plaintiff drove his automobile into a depression in a highway then under repair,

the jury rendered a verdict for the defendant contractor. Judgment in favor of the defendant and order denying plaintiff's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.